# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

| | |
|---|---|
| FEATHERLITE, INC., | Civil No. 08-1486 (JRT/JJK) |
| Plaintiff, | |
| v. | |
| JAYCO, INC., | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

___

Heather Kliebenstein and Scott Johnston, **MERCHANT & GOULD PC**, 80 South Eighth Street, Suite 3200, Minneapolis, MN 55402, for plaintiff.

Hal Shillingstad, **FLYNN GASKINS & BENNETT, LLP,** 333 South Seventh Street, Suite 2900, Minneapolis, MN 55402, for defendant.

Based upon the parties' stipulation for dismissal with prejudice [Docket No. 25], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. That all claims raised in the above-captioned lawsuit are hereby dismissed with prejudice; and

2. That a judgment of dismissal of the claims of Featherlite, Inc. may be entered pursuant to this stipulation without hearing or further notice.

DATED: June 3, 2009
at Minneapolis, Minnesota.

                                                            s/John R. Tunheim
                                                         JOHN R. TUNHEIM
                                                  United States District Judge